JONATHAN M. KANE et al., Appellants, v. CITY OF NEW YORK et al., Defendants, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

GEORGE E. KUNKEL et al., Respondents, v. LAWRENCE E. LEONARDI et al., Appellants.—

Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.